PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ALBERT OSORIO VILLASENOR,<br><br>       Defendant. | Case No.  1:21-cr-00029-DAD<br><br>**STIPULATION TO CONTINUE JUNE 10, 2022 STATUS CONFERENCE TO JUNE 24, 2022; ORDER** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, United States Attorney, Philip A. Talbert and Assistant United States Attorney, Brian W. Enos, and defendant Albert Osorio Villasenor ("defendant"), by and through defendant's counsel of record, Erin M. Snider, Esq., hereby stipulate as follows:

1. By previous order, this matter was set for status on June 10, 2022.

2. By this stipulation, the parties stipulate to continue the status conference until June 24, 2022, at 2pm (Courtroom 7).

3. The parties base this stipulation on good cause, and request that the Court endorse it by way of formal order. Specifically:

  a) The United States Probation Office's supervision of defendant was transferred from the Southern District of California to the Eastern District of California in January 2021. Dkts. 1 and 2. U.S. Probation in this District filed a Rule 12C petition on May 16, 2022. Dkt. 4.

STIPULATION AND ORDER        1

Defendant's initial appearance took place on May 19, 2022 (Dkt. 9) and detention hearing took place on May 23, 2022.  Dkt. 10.  At the conclusion of the detention hearing, the court set a status conference for June 10, 2022.  Dkt. 14.

      b)     On June 1, 2022, the court issued a minute order wherein it ordered the parties to meet and confer about the case and file, by Wednesday, June 8, 2022, either a (1) stipulation to continue the June 10 status conference, or (2) joint report addressing what could be accomplished at the same.  Dkt. 15.

      c)     Counsel for the parties and defendant's U.S. Probation Officer have all met and conferred about the case, including by way of global conference call.  U.S. Probation has identified additional discovery.  Production of this discovery requires, however, I.T. assistance to properly copy and produce to the parties.  As a result, this discovery is not expected to be delivered to the parties until next week.

      d)     The parties anticipate being able to review the supplemental discovery prior to the continuance date.  Accordingly, the parties stipulate to continue the June 10, 2022 status conference until June 24, 2022 and before that date's duty judge (Courtroom 7).

IT IS SO STIPULATED.

Dated:  June 7, 2022　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian W. Enos
　　　　　　　　　　　　　　　　　　　　　　　　　　　Brian W. Enos
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　　　*(As authorized 6/7/22)*

Dated:  June 7, 2022　　　　　　　　　　　　　　　　　/s/ Erin M. Snider
　　　　　　　　　　　　　　　　　　　　　　　　　　　Erin M. Snider
　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　ALBERT OSORIO
　　　　　　　　　　　　　　　　　　　　　　　　　　　VILLASENOR

**ORDER**

Pursuant to the parties' stipulation, the status conference in this matter shall be continued until June 24, 2022, at 2pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated: __**June 7, 2022**__                    /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE