1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ALBERT OSORIO VILLASENOR
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:21-cr-00029-DAD
12 |          Plaintiff,       | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**
13 | vs.                       |
                               | Date: July 6, 2022
14 | ALBERT OSORIO VILLASENOR, | Time: 2:00 p.m.
                               | Judge: Hon. Stanley A. Boone
15 |          Defendant.       |

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Brian Enos, counsel for plaintiff, and Assistant Federal

19 Defender Erin Snider, counsel for Albert Osorio Villasenor, that the Court may continue the

20 status conference currently scheduled for June 24, 2022, at 2:00 p.m. to July 6, 2022, at 2:00

21 p.m. before the Honorable Stanley A. Boone.

22        The parties agree and request the Court find the following:

23        1.     By previous order, this matter was set for a status conference on June 24, 2022.

24        2.     The United States Probation Office has produced initial discovery, consisting of

25 police reports and body camera footage.

26        3.     Defense counsel requires time to review discovery, consult with her client

27 regarding his options, and conduct necessary investigation.

28        4.     Defense counsel believes that failure to grant the above-requested continuance

would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     5.    The government does not object to the requested continuance.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 22, 2022         */s/ Brian Enos*
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 22, 2022         */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALBERT OSORIO VILLASENOR

## O R D E R

**IT IS SO ORDERED.** The status currently scheduled for June 24, 2022, at 2:00 p.m. is hereby continued to July 6, 2022, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **June 22, 2022**         /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE